JOHN T. KEATING
Nevada Bar No.: 6373
**PRINCE & KEATING**
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Telephone: (702) 228-6800
Facsimile: (702) 228-0443
jkeating@princekeating.com
Attorney for Defendant
*Metropolitan Group Property and*
 *Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| RANDY I. HERRERA,<br><br>         Plaintiff,<br><br>vs.<br><br>METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY (dba MET LIFE AUTO AND HOME) and DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive<br><br>         Defendants. | CASE NO.:   2:13-cv-00697-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that the above entitled action may be dismissed with prejudice, each party to bear their own attorney fees and costs. The scheduling order may be vacated in this case.

DATED this 21 day of Aug, 2013.

By: _____
ERIC R. BLANK, ESQ.
Nevada Bar No.: 11522
8960 West Tropicana Avenue, Suite 300
Las Vegas Nevada 89147
Attorney for Plaintiff
*Randy I. Herrera*

PRINCE & KEATING
ATTORNEYS AT LAW
3230 South Buffalo Drive
SUITE 108
LAS VEGAS, NEVADA 89117
PHONE: (702) 228-6800

1

|   |   |
|---|---|
| 1 | PRINCE & KEATING |
| 2 |   |
| 3 | By: _____ |
| 4 | JOHN T. KEATING |
| 5 | Nevada Bar No.: 6373 |
|   | 3230 South Buffalo Drive, Suite 108 |
| 6 | Las Vegas, Nevada 89117 |
|   | Attorney for Defendant |
| 7 | *Metropolitan Group Property and* |
|   | *Casualty Insurance Company* |

### ORDER

IT IS ORDERED that this case is hereby dismissed in its entirety this <u>22nd</u> day of <u>August</u>, 2013.

_____
DISTRICT JUDGE

Submitted by:

**PRINCE & KEATING**

By: _____
JOHN T. KEATING
Nevada Bar No.: 6373
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Attorney for Defendant
*Metropolitan Group Property and*
*Casualty Insurance Company*

PRINCE & KEATING
ATTORNEYS AT LAW
3230 South Buffalo Drive
SUITE 108
LAS VEGAS, NEVADA 89117
PHONE: (702) 228-6800

2